United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOSSAM M. AHMAD,

        Petitioner,

   v.

PEOPLE OF THE STATE OF
CALIFORNIA,

        Respondent.

Case No. 26-cv-00149-NW

**ORDER DISMISSING MATTER
WITHOUT PREJUDICE**

On January 7, 2026, Petitioner Hossam M. Ahmad, a pro se state prisoner, filed the present petition for writ of habeas corpus. ECF Nos. 1, 4. On that same date, the Clerk of the Court sent Ahmad a notice informing him that his case could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Ahmad that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed and Ahmad has not paid the filing fee or filed a completed IFP application.

Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

   **IT IS SO ORDERED.**

Dated: March 27, 2026

_____
Noël Wise
United States District Judge